UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony G. Boyd

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

LaGuardia Airport
General Manager Operations
Office Hanger JC 3rd FL Central
Adm Building Marine Terminal Rd Flushing NY 11371

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Anthony_ / _G_ / _Boyd_
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_AMKC_
Current Place of Detention

_11-11 Hazen St_
Institutional Address

_E. Elmhurst_ / _NY_ / _11370_
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: **LaGuardia** _First Name_ **Airport** _Last Name_   _Shield #_

_Current Job Title (or other identifying information)_ **General Manager operations office Hanger 7C**

_Current Work Address_ **3rd FL Central Adm Building Marine Terminal**

_County, City_ **Rd. Flushing**   _State_ **NY**   _Zip Code_ **11371**

Defendant 2: _First Name_   _Last Name_   _Shield #_

_Current Job Title (or other identifying information)_

_Current Work Address_

_County, City_   _State_   _Zip Code_

Defendant 3: _First Name_   _Last Name_   _Shield #_

_Current Job Title (or other identifying information)_

_Current Work Address_

_County, City_   _State_   _Zip Code_

Defendant 4: _First Name_   _Last Name_   _Shield #_

_Current Job Title (or other identifying information)_

_Current Work Address_

_County, City_   _State_   _Zip Code_

## V. STATEMENT OF CLAIM

Place(s) of occurrence: __LaGuardia Airport__

Date(s) of occurrence: __During The Month of May 2021__

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

The Plaintiff was at the above stated Airport waiting for a friend to arrive. While waiting, The Plaintiff sat down His Plastic Bag that contained His Personal belongings on a Railing while he cleaned off His Sneakers. The wind blew the bag down to the ground level from the second floor level. When the Plaintiff arrived at the ground level to get His bag, he did not see it so he asked the Airport's Porter that was in the Area where the bag fell cleaning, "Did He See a white Plastic bag that just fell Seconds ago" And the Porter Replied, "No". A lady waiting on a cab informed the Plaintiff that he had just swept it up Seconds before the Plaintiff had asked Him Did He See It. The Porter than gave the Plaintiff back His Bag. The Plaintiff asked to Speak to the Porter's Supervisor so

He could make a complaint on the porter for lying. During the above time, officers surrounded the plaintiff, cuffed him and placed him in an ambalance. The ambalance drove the plaintiff to East Elmhurst Hospital where he was admitted into the Psychiatric Ward for weeks. The above was captured on the airports cameras at Gate 4's first and second level floors.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI.  RELIEF

State briefly what money damages or other relief you want the court to order.

Due to the Laguardia Airport worker lying about seeing and taking the plaintiff's plastic bag, he caused the plaintiff a destress that caused the police of the Port Authority to handcuff the plaintiff, place him in an ambalance and then in a Psychiatric ward. The plaintiff seeks 1,000,000 in punitive damages & 1,000,000 for his destress for the workers actions.

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 8/18/2021

Plaintiff's Signature: Anthony Boyd

First Name: Anthony  Middle Initial: G.  Last Name: Boyd

Prison Address: 11-11 Hazen Street

County, City: E. Elmhurst  State: NY  Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 8/18/2021



Anthony Boyd
3499102070
11-11 Hazen St
E Elmhurst ny
11370

RECEIVED
AUG 23 2021
CLERK'S OFFICE
S.D.N.Y.

Pro Se

500 Pearl Street
New York New York
10007